ACCEPTED
12-15-00091-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/15/2015 5:24:01 PM
CATHY LUSK
CLERK

Appellate Docket Number: 

Appellate Case Style: Style: Christopher Lee McLemore

Vs. State of Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/15/2015 5:24:01 PM
CATHY S. LUSK
Clerk

Companion Case: 

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Christopher | ☒ Lead Attorney |
| Middle Name: Lee | First Name: James |
| Last Name: McLemore | Middle Name: W. |
| Suffix: | Last Name: Huggler |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: Jr. |
| Amount of Bond: | ☒ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Law Office of James W. Huggler, Jr. |
| | Address 1: 100 East Ferguson Street |
| | Address 2: Suite 805 |
| | City: Tyler |
| | State: Texas    Zip+4: 75702 |
| | Telephone: 903-593-2400    ext. |
| | Fax: 903-593-3830 |
| | Email: jhugglerlaw@sbcglobal.net |
| | SBN: 00795437 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Mike

Middle Name:

Last Name: West

Suffix:

☐ Appointed ☒ District/County Attorney
☐ Retained ☐ Public Defender

Firm Name: Smith County District Attorney's Office

Address 1: 100 North Broadway Ave.

Address 2: 4th Floor, Smith County Courthouse

City: Tyler

State: Texas          Zip+4: 75702

Telephone: 903-590-1720          ext.

Fax: 903-590-1719

Email: mwest@smith-county.com

SBN: 21203300

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 04-06-2015

Offense charged: Aggravated Assault

Date of offense: 10-28-2010

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: 04-15-2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Twelve (12) years TDCJ-ID

Is the appeal from a pre-trial order? ☐ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☐ No     If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☐ No     If yes, date filed:

Other: ☐ Yes ☐ No          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA     If yes, date filed:

Date of hearing:                    ☐ NA

Date of order: 04-15-2015          ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA     If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 114th Judicial District Court

County: Smith County, Texas

Trial Court Docket Number (Cause no): 114-0656-11

Trial Court Judge (who tried or disposed of the case):

First Name: Christi

Middle Name:

Last Name: Kennedy

Suffix:

Address 1: Judge, 114th Judicial District Court

Address 2: 100 North Broadway Ave, 2nd Floor

City: Tyler

State: Texas     Zip + 4: 75702

Telephone: 903-590-1623    ext.

Fax: 903-590-1626

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: 04-15-2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: 04-15-2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter      ☐ Court Recorder

☒ Official      ☐ Substitute

First Name: Cassie

Middle Name:

Last Name: Condrey

Suffix:

Address 1: Court Reporter, 114th Judicial District Court

Address 2: 100 North Broadway Ave, 2nd Floor

City: Tyler

State: Texas     Zip + 4: 75702

Telephone: 903-590-1628    ext.

Fax: 903-590-1626

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [ ]                    Court: [ ]

Style: [ ]

    Vs.   State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                    Date: 04-15-2015

Printed Name:                                             State Bar No: 00795437

Electronic Signature: /s/ James W. Huggler, Jr.          Name: James W. Huggler, Jr.
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on 04-15-2015 .

_____

Signature of counsel (or pro se party)                    Electronic Signature: /s/ James W. Huggler, Jr.
    (Optional)

State Bar No.: 00795437

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 04-15-2015

Manner Served: eServe

First Name: Mike

Middle Name:

Last Name: West

Suffix:

Law Firm Name: Smith County District Attorney's Office

Address 1: 100 North Broadway Ave.

Address 2: 4th Floor, Smith County Courthouse

City: Tyler

State Texas          Zip+4: 75702

Telephone: 903-590-1720          ext.

Fax: 903-590-1719

Email: mwest@smith-county.com